UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-8** | **CIVIL ACTION NO: 1:19-cv-00004-LEW** |
| **Plaintiff** | **MOTION TO RETAIN MATTER ON THE DOCKET** |
| vs. | RE:<br>97 6th Street, Old Town, ME 04468 |
| Keith Kelley | Mortgage:<br>April 25, 2006<br>Book 10403, Page 198 |
| **Defendant**<br>Mortgage Electronic Registration Systems, Inc. as nominee for America`s Wholesale Lender<br>Atlantic Acceptance Corporation | |
| **Party-In-Interest** | |

    NOW COMES the Plaintiff in this matter, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-8, and hereby moves the Court for an Order granting its Motion to Retain Matter on the Docket.  As ground therefore, Plaintiff states on June 7, 2019, Defendant, Keith Kelley, filed for protection under Chapter 7 of the United States Bankruptcy Code Case #19-10272.  On August 8 2019, said Defendant filed Consent to Motion for Relief from Stay filed by Creditor, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-8. On August 13, 2019, Order Granting Motion for Relief from Stay was issued, attached hereto as Exhibit A.

    WHEREFORE, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-8, prays that this

Court grant this motion and retain the above matter on the docket under Docket Number 1:19-cv-00004-LEW.

DATED:  November 7, 2019

        /s/Reneau J. Longoria, Esq.
        John A. Doonan, Esq., Bar No. 3250
        Reneau J. Longoria, Esq., Bar No. 5746
        Attorneys for Plaintiff
        Doonan, Graves & Longoria, LLC
        100 Cummings Center, Suite 225D
        Beverly, MA 01915
        (978) 921-2670
        JAD@dgandl.com
        RJL@dgandl.com

## CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq., hereby certify that on this 7 day of November, 2019, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Keith Kelley
97 6th Street
Old Town, ME 04468

Mortgage Electronic Registration Systems, Inc.
1901 E Voorhees Street, Suite C
Danville, IL 61834

James M. Garnett
1080 Main Street, Suite 200
Pawtucket, RI 02860

Atlantic Acceptance Corporation
169 Bar Harbor Road
Ellsworth, ME 04605