UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-8<br><br>      Plaintiff<br><br>v.<br><br>KEITH KELLEY<br><br>      Defendant<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. BANK OF AMERICA, N.A. F/K/A AMERICA`S WHOLESALE LENDER ATLANTIC ACCEPTANCE CORPORATION<br><br>      Parties-In-Interest | 1:19-cv-00004-LEW |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 97 6th Street, Old Town, ME 04468**
**Mortgage: April 25, 2006, Book: 10403, Page:198**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on January 28, 2020. Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-8, was present and represented by John A. Doonan, Esq. Defendant, Keith Kelley, did not appear; Party-In-Interest, Mortgage Electronic Registration Systems, Inc. did not appear; Party-In-Interest, Bank of America, N.A. f/k/a

America`s Wholesale Lender filed an answer; Party-In-Interest, Atlantic Acceptance Corporation did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-8 ("The Bank of New York Mellon") the amount adjudged due and owing ($183,893.49) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, The Bank of New York Mellon shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

    | Description | Amount |
    | --- | --- |
    | Unpaid Principal Balance | $150,122.75 |
    | Interest | $17,662.82 |
    | Escrow Advances | $11,224.75 |
    | Advance Balance | $4,708.48 |
    | Late Charges | $403.71 |
    | Unapplied Funds | $-229.02 |
    | Grand Total | **$183,893.49** |

2. If the Defendant or his/her heirs or assigns do not pay The Bank of New York

Mellon the amount adjudged due and owing ($183,893.49) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Old Town Property shall terminate, The Bank of New York Mellon shall conduct a public sale of the Old Town Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $183,893.49 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. The Bank of New York Mellon <u>may not</u> seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial and Defendant's Bankruptcy Discharge pursuant to Bankruptcy Petition 19-10272.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $183,893.49.

5. The priority of interests is as follows:

    ● The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-8 has first priority, in the amount of $183,893.49, pursuant to the subject Note and Mortgage.

    ● Mortgage Electronic Registration Systems, Inc. who has been defaulted.

    • Bank of America, N.A. f/k/a America`s Wholesale Lender, has the third

priority behind the Plaintiff pursuant to a Mortgage in the amount of $63,359.81, as of January 17, 2020, recorded in the Penobscot County Registry of Deeds in Book 10403, Page 216.

- Atlantic Acceptance Corporation who has been defaulted
- Keith Kelley has the forth priority behind the Plaintiff.

6. The prejudgment interest rate is 4.87500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

| | **PARTIES** | **COUNSEL** |
|---|---|---|
| PLAINTIFF | The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-8 | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANT | Keith Kelley 97 6th Street Old Town, ME 04468 | Defaulted |
| PARTIES-IN-INTEREST | Atlantic Acceptance Corporation 169 Bar Harbor Road Ellsworth, ME 04605 | Defaulted |

| | |
|---|---|
| Bank of America, N.A. f/k/a America`s Wholesale Lender 100 North Tryon Street, Suite 170 Charlotte, NC 28202 | James M. Garnet, Esq. 1080 Main Street, Suite 200 Pawtucket, RI 02860 |
| Mortgage Electronic Registration Systems, Inc. 1901 E Voorhees Street, Suite C Danville, IL 61834 | Defaulted |

a) The docket number of this case is No. 1:19-cv-00004-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 97 6th Street, Old Town, ME 04468, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 97 6th Street, Old Town, ME 04468. The Mortgage was executed by the Defendant on April 25, 2006. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 10403, Page 198.

e) This judgment shall not create any personal liability on the part of the

Defendant but shall act solely as an in rem judgment against the property, 97 6th Street, Old Town, ME 04468.

**SO ORDERED**

Dated this 28th day of January, 2020.

                                            /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE